THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | CASE NO: **05-81423** |
| **BARRY LEE HOLZOPFEL** | ) | |
| **BILLIE JO HOLZOPFEL** | ) | MARILYN SHEA-STONUM |
| | ) | BANKRUPTCY JUDGE |
| Debtor(s) | ) | |
| | ) | TRANSMITTAL OF UNCLAIMED FUNDS |

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **PRA RECEIVABLES MANAGEMENT LLC**
   **Check No. 771296**
   **Claim #001**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of **$18.91** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **5/6/2011**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com

*[handwritten: Ck # 783442 / Receipt # 82338]*

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

| | |
|---|---|
| **BARRY LEE HOLZOPFEL**<br>**4609 PINECREST DRIVE**<br>**UNIONTOWN, OH 44685**<br>**(Via Regular Mail)** | **BILLIE JO HOLZOPFEL**<br>**4609 PINECREST DRIVE**<br>**UNIONTOWN, OH 44685**<br>**(Via Regular Mail)** |

**ROBERT E OWENS ESQ (via ECF)**

**PRA RECEIVABLES MANAGEMENT LLC**
**AGENT OF PORTFOLIO RECOVERY ASSOCS**
**PO BOX 12914**
**NORFOLK, VA 23541**
**(via Regular Mail)**

Date of Service: **5/6/2011**       By: **JoAnn Romig**
Office of the Chapter 13 Trustee

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com